and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–1946.   OYSTER *v.* OYSTER, *ante*, p. 801;
No. 82–1991.   SCHWARZ *v.* COASTAL RESOURCES MANAGEMENT ET AL., *ante*, p. 823;
No. 82–6550.   MULLEN *v.* STARR ET AL., 461 U. S. 960;
No. 82–6676.   HANNAN *v.* SECRETARY OF THE ARMY ET AL., *ante*, p. 833;
No. 82–6971.   HARTFORD *v.* ARIZONA, *ante*, p. 842;
No. 82–7033.   PANTER ET AL. *v.* MILLER ET AL., *ante*, p. 845;
No. 83–5.   POLSKIE LINIE LOTNICZE (LOT POLISH AIRLINES) *v.* ROBLES ET AL., *ante*, p. 845;
No. 83–93.   GEE *v.* FUNG ET AL., *ante*, p. 849;
No. 83–5114.   STEVENSON *v.* CONRAD, *ante*, p. 857;
No. 83–5143.   HOLLAND *v.* GUEST QUARTERS, *ante*, p. 858;
No. 83–5228.   ALEXANDER *v.* ZEANAH ET AL., *ante*, p. 861; and
No. 83–5254.   WRIGHT *v.* NEW YORK LIFE INSURANCE CO., *ante*, p. 862.   Petitions for rehearing denied.

NOVEMBER 8, 1983

No. 83–544.   DOE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari dismissed under this Court's Rule 53.

NOVEMBER 14, 1983

No. 83–405.   INDIANA UNIVERSITY FOUNDATION ET AL. *v.* REED ET AL.   Appeal from Sup. Ct. Kan. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–531.   GAUNCE *v.* DEVINCENTIS ET AL.   Appeal from C. A. 7th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.